IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| RAQUAN JOHN ZIMMERMAN | : | 1:19CR 471-1 |
| DAWAN RASHAWN SALTERS | : | 1:19CR 471-2 |

The Grand Jury charges:

## COUNT ONE

On or about November 5, 2018, in the County of Guilford, in the Middle District of North Carolina, and elsewhere, RAQUAN JOHN ZIMMERMAN and DAWAN RASHAWN SALTERS knowingly, willfully, and unlawfully did conspire, combine, confederate, and agree to commit an offense against the United States, that is, interference with commerce by threats or violence, in violation of Title 18, United States Code, Section 1951(a).

### METHOD AND MEANS

1.  It was a part of the conspiracy that the co-conspirators obtained items to disguise their appearance and identity, including hats and handkerchiefs, to use in the robbery.

2.  It was a further part of the conspiracy that the co-conspirators obtained a weapon to use during the robbery.

3.  It was a further part of the conspiracy that the co-conspirators

identified a location in North Carolina to rob.

4. It was a further part of the conspiracy that the co-conspirators agreed on the respective roles each would perform during the robbery.

5. It was a further part of the conspiracy that the co-conspirators traveled by motor vehicle from Maryland to Greensboro to commit the robbery.

6. It was a further part of the conspiracy that the co-conspirators made the employees lie face down on the floor during the robbery.

7. It was a further part of the conspiracy that the co-conspirators took each employee's cell phone during the robbery.

8. It was a further part of the conspiracy that the co-conspirators traveled by motor vehicle back to Maryland after the robbery.

9. It was a further part of the conspiracy that the co-conspirators shared the proceeds of the robbery.

## OVERT ACTS

In furtherance of the aforesaid conspiracy and to effect the objects and purposes thereof, RAQUAN JOHN ZIMMERMAN and DAWAN RASHAWN SALTERS committed numerous overt acts in the Middle District of North Carolina, and elsewhere, including but not limited to the following:

1. On or about November 4, 2018, RAQUAN JOHN ZIMMERMAN and DAWAN RASHAWN SALTERS spent the night in or around Greensboro,

2

North Carolina, after traveling there by motor vehicle from Maryland.

2. On or about November 5, 2018, RAQUAN JOHN ZIMMERMAN and DAWAN RASHAWN SALTERS traveled by motor vehicle to the Quick Cash Pawn Shop at 2707 South Elm-Eugene Street, Greensboro, North Carolina.

3. On or about November 5, 2018, RAQUAN JOHN ZIMMERMAN and DAWAN RASHAWN SALTERS used a dangerous weapon, that is, a handgun, to rob the Quick Cash Pawn Shop at 2707 South Elm-Eugene Street, Greensboro, North Carolina.

4. On or about November 5, 2018, RAQUAN JOHN ZIMMERMAN and DAWAN RASHAWN SALTERS traveled by motor vehicle from the Quick Cash Pawn Shop at 2707 South Elm-Eugene Street, Greensboro, North Carolina, back to Maryland.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

1. At all times material herein, Quick Cash Pawn Shop, located at 2707 South Elm-Eugene Street Greensboro, North Carolina, was engaged in the pawn shop business, an industry which affects interstate and foreign commerce.

2. On or about November 5, 2018, in the County of Guilford, in the

3

Middle District of North Carolina, RAQUAN JOHN ZIMMERMAN and DAWAN RASHAWN SALTERS did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that RAQUAN JOHN ZIMMERMAN and DAWAN RASHAWN SALTERS did knowingly and unlawfully take and obtain property belonging to Quick Cash Pawn Shop, located at 2707 South Elm-Eugene Street, Greensboro, North Carolina, from the possession of employees of the said business against their will by means of actual and threatened force, violence, and fear of injury, to their persons; in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT THREE

On or about November 5, 2018, in the County of Guilford, in the Middle District of North Carolina, RAQUAN JOHN ZIMMERMAN and DAWAN RASHAWN SALTERS, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is, interference with commerce by threats or violence, as more fully referenced in Count Two

4

of this Indictment, did knowingly carry and use, by brandishing, a firearm; in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

DATED: August 26, 2019

MATTHEW G.T. MARTIN
United States Attorney

*Nicole R. DuPre by RSG*
BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

███████████████████████

FOREPERSON

5